USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/28/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSUE ROMERO,** *on behalf of himself and all others similarly situated*,

                      **Plaintiff,**

-against-

**WEIMAN PRODUCTS, LLC,**

                      **Defendant.**

---

**20-cv-07425 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    **December 28, 2020**
             **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**